36380. MANN v. CITY OF FITZGERALD.

Judgment affirmed without opinion pursuant to Rule 59. *All the Justices concur.*

SUBMITTED JUNE 20, 1980 — DECIDED SEPTEMBER 4, 1980.

*Ben B. Mills, Jr.,* for appellant.
*John T. Croley, Jr.,* for appellee.